IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AUSTIN HILL                                                                                              PLAINTIFF

v.                                    No. 6:15-CV-06040

SHERIFF DAVID NORWOOD, Ouachita
County, Arkansas; and JAIL ADMINISTRATOR
NATHAN GREELEY, Ouachita County
Detention Center                                                                                      DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 28) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendants' motion for summary judgment (Doc. 21). The Magistrate finds that Plaintiff failed to exhaust his administrative remedies, and that even if he had done so, Defendants have provided evidence that Plaintiff was not exposed to either tuberculosis or staphylococcus while in the Ouachita County Detention Center and Plaintiff cannot show a genuine dispute of material fact on this issue. After careful review, the Court finds that the report and recommendation (Doc. 28) is proper, contains no clear error, and should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 21) is GRANTED, and this case is DISMISSED WITH PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 8th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE