IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AUSTIN HILL                                                                    PLAINTIFF

v.                                           No. 6:15-CV-06040

SHERIFF DAVID NORWOOD, Ouachita
County, Arkansas; and JAIL ADMINISTRATOR
NATHAN GREELEY, Ouachita County
Detention Center                                                               DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 8th day of February, 2017.


/s/ P. K. Holmes, III

     P.K. HOLMES, III
     CHIEF U.S. DISTRICT JUDGE